December 16, 1911, ruled upon by him as prescribed by section 1023 of the Code of Civil Procedure?

"2. Were said proposed findings in the form required by said section?

"3. Was the Appellate Division justified, in the exercise of its discretion, in affirming the order and in refusing to require the trial justice to pass upon the propositions submitted, upon the ground that the statement thereof was not submitted in the form prescribed by section 1023 of the Code of Civil Procedure, in that it did not contain a statement of the facts deemed established by the evidence or of the rulings upon questions of law, so prepared that the court could conveniently pass thereon, or that the same was not timely submitted?

"4. Was defendants' motion at a Special Term held by the same justice a proper method of reviewing his refusal to pass upon the proposed findings?"

*Stewart F. Hancock, Levi S. Chapman, John W. Hogan* and *George B. Curtis* for appellants.

*Charles P. Ryan* for respondents.

Order reversed, with costs in all courts, and motion granted, with ten dollars costs, on dissenting opinion of FOOTE, J., below. First and fourth questions certified answered in the affirmative; third question answered in the negative; second question not answered.

Concur: CULLEN, Ch. J., HAIGHT, VANN, HISCOCK, CHASE and COLLIN, JJ. Not voting: WILLARD BARTLETT, J.

---

In the Matter of the Petition of PETER DONNELLY, Respondent, for a Peremptory Writ of Mandamus against CHARLES S. DEVOY, as County Clerk of Kings County, Appellant.

*Matter of Donnelly* v. *Devoy*, 151 App. Div. 893, affirmed.
(Argued October 1, 1912; decided October 15, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department,

entered June 12, 1912, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the defendant to reinstate the relator in the office of chief clerk of the law department in the office of the clerk of the county of Kings.

*Benjamin Reass* and *Hugo Hirsh* for appellant.

*William F. Hagarty* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.

---

In the Matter of the Application of J. EDWARD SIMMONS et al., Constituting the Board of Water Supply of the City of New York, Appellants, to Acquire Real Estate in the City of Yonkers, Required · for Hill View Reservoir.

EDWARD B. HANLON et al., Respondents.

*Matter of Simmons (Hill View Reservoir)*, 151 **App. Div.** 885, affirmed.

(Argued October 1, 1912; decided October 15, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 1, 1912, which affirmed an order of Special Term confirming the report of commissioners of appraisal in the above-entitled proceeding.

*Archibald R. Watson*, *Corporation Counsel* (*H. T. Dykman* of counsel), for appellants.

*Arthur J. Burns* for respondents.

Order affirmed, with costs, no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.